EVELYN M. BROWERS, APPELLEE, V.
HAROLD E. BROWERS, APPELLANT.

317 N.W.2d 789

Filed April 2, 1982. No. 44432.

Richard E. Gee, for appellant.

Cronin, Shamberg & Wolf, for appellee.

Submitted without oral argument. KRIVOSHA, C.J., BOSLAUGH, MCCOWN, CLINTON, WHITE, HASTINGS, and CAPORALE, JJ.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.